

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-01071-CV

**IN RE** Mary **ELLIS**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Luz Elena D. Chapa, Justice
               Irene Rios, Justice

Delivered and Filed: December 27, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On December 8, 2023, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2022CV01744, styled *Mary Ellis vs. VIA Metropolitan Transit*, pending in the County Court at Law No. 10, Bexar County, Texas, the Honorable Cesar Garcia presiding.